IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. ANDERSON,<br><br>　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　Respondent. | No. C 15-02259 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

　　　Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 21, 2015, mail sent to Petitioner at Atascadero State Hospital by the Court was returned as undeliverable with a notation, "No Such Name." (Docket No. 10.) On July 27, 2015, the Court also received a letter from Atascadero State Hospital stating that Petitioner is not a current patient at their facility. (Docket No. 12.) As of the date of this order, Petitioner has not filed a notice of change of address or submitted any further pleadings in this case.

　　　Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable,

Order of Dismissal
P:\PRO-SE\BLF\HC.15\02259Anderson_LR3-11 dismissal.wpd

and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Petitioner was returned as undeliverable. The Court has not received a notice from Petitioner of a new address. Accordingly, the instant habeas petition is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

DATED: October 5, 2015

*[signature]*
BETH LABSON FREEMAN
United States District Judge